UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILBUR-ELLIS COMPANY, a California corporation,<br><br>      Plaintiff,<br><br> v.<br><br>PARADIGM AG SOLUTIONS, LLC, a Washington limited liability company,<br><br>      Defendant. | NO: 13-CV-0050-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Voluntary Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)(A). ECF No. 9. Pursuant to a comprehensive settlement agreement entered into by the parties, Plaintiff dismisses without prejudice this entire action against Defendant. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own costs and attorney fees.

//

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to the parties' Stipulation for Voluntary Dismissal Without

3  Prejudice Pursuant to FRCP 41(a)(1)(A), ECF No. 9, all claims and causes of

4  action in this matter are **DISMISSED** without prejudice and without costs or fees

5  to any party.

6  The District Court Executive is hereby directed to enter this Order, furnish

7  copies to counsel, and **CLOSE** the file.

8  **DATED** April 10, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2